FILED

12/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0706



IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23 – 0706

CLIFFORD OLD-HORN,

        Petitioner,

v.

DON BELL, SHERIFF, LAKE COUNTY
DETENTION CENTER,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: December 8, 2023.

BOWEN GREENWOOD,
Clerk of the Supreme Court